IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH ROBERT WESTCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 15-1250 |
| | ) | |
| v. | ) | |
| | ) | United States Magistrate Judge |
| ALLEGHENY COUNTY, | ) | Cynthia Reed Eddy |
| PENNSYLVANIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

AND NOW, this 18th day of April, 2016, it is HEREBY ORDERED that Defendant Allegheny County's Partial Motion to Dismiss. [ECF No. 19] is **DENIED**. Defendant shall file an Answer to the Amended Complaint [ECF No. 17] by **April 29, 2016.**

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: all registered counsel via CM-ECF